IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER HAYNES                                                                                          PLAINTIFF
ADC #111110

VS.                                         5:07CV00220-WRW

LARRY NORRIS, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against defendants is dismissed without prejudice to plaintiff's right to reassert his claim should his disciplinary be invalidated by a state tribunal or federal court.

SO ADJUDGED this 23rd day of October, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE